

*U.S. Department of Justice*

*United States Attorney*
*District of New Jersey*

___

*James H. Graham*  *970 Broad Street, 7th floor*  *Phone: 973-645-2700*
*Assistant United States Attorney*  *Newark, New Jersey 07102*

July 9, 2025

**VIA ECF**

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Judge
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:   <u>**United States v. Dashawn Fields**</u>
           **Crim. No. 23-cr-884 (MCA)**

Dear Judge Arleo:

    The Government is in receipt of Dashawn Fields' March 25, 2025, letter concerning the computation of jail credits in the above-referenced matter (the "Federal Case"). In his letter, Fields argues that he is entitled to jail credits from September 20, 2022, the date of his initial appearance in the Federal Case, through August 28, 2024, the date that Your Honor sentenced Fields to 83 months' incarceration. However, that ignores a state term of incarceration (the "State Sentence")—wholly unrelated to the conduct at issue in the Federal Case—that Fields was serving during the pendency of the Federal Case. Based on communications with the Bureau of Prisons ("BOP"), and as detailed below, Fields' time in federal custody began on April 3, 2024, when he completed the State Sentence. Fields is therefore only able to receive jail credit from April 3, 2024, through the date of his federal sentencing on August 28, 2024. But he has not received credit for the time he was charged in the Federal Case but still serving his State Sentence.

    As Your Honor is aware, on or about September 28, 2020, Dashawn Fields and Vashon Daniels were charged by Criminal Complaint (the "Complaint") in connection with the robbery of a narcotics "stash house." *See* 20-mj-8363. At the time that the Complaint was filed, Fields was serving the State Sentence and was not brought to federal custody immediately. On or about September 20, 2022, pursuant to a writ of habeas corpus, Fields appeared before the Honorable Jessica A. Allen for an initial appearance in connection with the Complaint. *See* Docket Entry ("DE") 26. Following

the initial appearance, Fields was returned to state custody, as required by the writ, to continue serving his State Sentence. On or about November 2, 2023, Fields—while still serving the State Sentence—plead guilty to a federal criminal Information (23-cr-884). DE 41. Thereafter, on April 3, 2024, Fields completed the State Sentence and rolled over into federal custody. On or about August 28, 2024, Your Honor sentenced Fields to an 83-month term of incarceration in connection with his guilty plea in the Federal Case. DE 48.

In his letter, Fields states that although he was sentenced on August 28, 2024, he should receive jail credit stretching back to September 20, 2022, the day he had his initial appearance on the Complaint. However, as referenced above, at the time of his initial appearance, Fields was serving the State Sentence. BOP records show that Fields did not complete the State Sentence until April 3, 2024, at which time he became a federal inmate. Fields is therefore receiving jail credits from April 3, 2024, the day he came into federal custody, until August 28, 2024, the day he was sentenced federally.

Please let me know if you would like any additional information on this matter.

Respectfully submitted,

ALINA HABBA
United States Attorney

By: James H. Graham
Assistant U.S. Attorney